AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Middle District of Florida

World Triathlon Corporation, a Florida corporation )
)
)
)
_____ )
*Plaintiff(s)* )
v. ) Civil Action No.
) 8:17-CV-228-T-17TGW
Ironman For Kids, a Texas corporation, and Michael )
Hennessey, an individual )
)
)
_____ )
*Defendant(s)* )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

       Ironman For Kids
       c/o RA Michael Hennessey
       833 N. Saint Mary's Street
       San Antonio, TX 78205

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

       William G. Giltinan
       Carlton Fields Jorden Burt, PA
       4221 W. Boy Scout Blvd., Suite 1000
       Tampa, FL 33607

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

Date: JAN 3 0 2017

                                                      CLERK OF COURT

                                                      *Signature of Clerk or Deputy Clerk*